**MINUTE ENTRY**
**DOUGLAS, M.J.**
**JANUARY 19, 2022**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**THERESA LAFRANCE, ET AL**                              **CIVIL ACTION**

**VERSUS**                                               **NO. 21-862**

**CRESCENT CONSTRUCTION COMPANY, ET AL**                 **SECTION: "I" (3)**


A settlement conference in the above matter was conducted on this date.

PRESENT:    Craig B. Mitchell
            Mario A. Arteaga
            Ernel Lafrance
            John Baay
            Peter M. Gahagan
            Colleen Taylor

A settlement could not be confected at this time.  Counsel are instructed to notify the

undersigned if an additional settlement conference would be beneficial prior to trial.



_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**


**MJSTAR(2.15)**